UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>Defendants. | Case No. 1:19-cv-01316-DAD-BAM<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>(Doc. No. 29) |

Pending before the court is the parties' joint motion to stay these proceedings while they pursue settlement discussions. (Doc. No. 29.) In the joint motion, the parties explain that, prior to being transferred to this Court, this case was part of a multidistrict litigation proceeding in the United States District Court for the District of Arizona. (*Id.* at 1.) A "track" system was ultimately established in the multidistrict litigation wherein cases were to either finalize settlement paperwork, continue settlement negotiations, or be remanded or transferred. (*Id.*) The parties state that, at the time the case was transferred to this Court, the case was not close to settling "[b]ut, since that date, the parties have been engaging in serious settlement discissions." (*Id.*)

Having considered the parties' joint motion, and good cause appearing, the Court hereby GRANTS the parties' joint motion to stay. Accordingly, all discovery and pretrial deadlines in this action are hereby stayed and the initial scheduling conference currently set for December 20,

1

2019 is hereby continued to **February 6, 2020 at 09:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file updated joint scheduling report dates at least one (1) full week prior to the Scheduling Conference. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: *dial-in number 1-877-411-9748; access code 3190866.* If the parties file a notice of settlement prior to the conference, then the conference will be vacated. However, if the parties are unable to reach a settlement, then the conference will proceed.

IT IS SO ORDERED.

Dated: **November 22, 2019**      /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE